790 A.2d 900

IN THE MATTER OF HARRY J. KANE,
JR., AN ATTORNEY AT LAW.

February 26, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–061, concluding that **HARRY J. KANE, JR.,**

formerly of **DENVILLE,** who was admitted to the bar of this State in 1989, should be reprimanded for violating *RPC* 1.2(a) (failure to consult with client), *RPC* 1.4(a) (failure to keep client informed), *RPC* 1.4(b) (failure to explain matter to extent reasonably necessary for client to make informed decision), *RPC* 1.5(b) (failure to provide retainer agreement), *RPC* 1.15(b) (failure to promptly notify client of receipt of settlement funds), *RPC* 8.4(a) (violations of the Rules of Professional Conduct), and *RPC* 8.4(c) (misrepresentation), and good cause appearing;

It is ORDERED that **HARRY J. KANE, JR.,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.